AO 91 (Rev. 5/85) Criminal Complaint

**United States District Court**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
DEC - 3 2009
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

_____ **NORTHERN** _____ DISTRICT OF _____ **NEW YORK** _____

**UNITED STATES OF AMERICA**

v.

**JOHN BRADLEY ICKES**

**CRIMINAL COMPLAINT**

**Case Number: 09-MJ-549**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October, 2009 to present__ in __BROOME__ county, in the Northern District of New York defendant did commit the following offense:

Title 18, United States Code, Section 2422(b), entitled "Coercion and Enticement", provides that:
"Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

in violation of Title __18__, United States Code, Section __2422(b)__

I further state that I am a __FBI Special Agent__ and that this complaint is based on the following facts:
Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof   ☒ YES   ☐ NO

James T. Lyons, Jr.
Special Agent Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

__December 3, 2009__ @ 4.40 p.m.   at   __Syracuse, New York__
Date                                        City and State

__Hon. David E. Peebles, U.S. Magistrate Judge__
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James T. Lyons, Jr., being duly sworn do depose and state as follows:

1.      I have been employed as a Special Agent of the Federal Bureau of Investigation

(FBI) for approximately 12½ years. I am currently assigned to the Albany Field Division,

Binghamton, New York Resident Agency. I am also a member of the Southern Tier Cyber

Predator Task Force (STCPTF) which conducts investigations involving the sexual exploitation

of minors via computers, cellular telephones, cameras, and the internet. I have investigated

matters involving the sexual exploitation of minors and have made arrests and conducted

searches pertaining to these types of investigations. While assigned to the FBI office in

Binghamton, New York, I have served as the Affiant in applications for search warrants and

requests for interception of electronic and wire communications.

2.      This affidavit is made in support of a request for the issuance of an arrest warrant

for John Bradley Ickes, date of birth           /1963, of 10 Washington Avenue, Apartment 13,

Endicott, New York, and 3145 Stewart Road, Lot A-21, Vestal, New York.  Both of the

locations in which Ickes resided (Endicott and Vestal, New York) are located within the Northern

District of New York.  Based upon investigation and the facts provided below, your Affiant

submits there is probable cause to believe Ickes committed a federal crime by Attempting to

Persuade/Entice a Minor to Engage in Sexual Conduct, in violation of Title 18, United States

Code, Section 2422(b).  The Victim, whose identity is known to your affiant, is a 16 year old

minor female who resides in the state of Pennsylvania.

1

3.      The statements contained in this affidavit are based in part on information

provided by Special Agents of the FBI, members of the STCPTF, Vestal Police Department

(VPD), Endicott Police Department (EPD), Pennsylvania State Police (PSP), New York State

Police (NYSP), and on my experience and background as a Special Agent with the FBI. Since

this affidavit is being submitted for the limited purpose of establishing probable cause to obtain

an arrest warrant, I have not included every fact known to me concerning this investigation. I

have set forth only the facts I believe are necessary to establish probable cause to believe that

John Bradley Ickes violated Title 18, United States Code, Sections 2422(b).

### APPLICABLE LAW

4.      Title 18, United States Code, Section 2422(b), entitled "Coercion and

Enticement", provides that:

"Whoever, using the mail or any facility or means of interstate or foreign commerce, or

within the special maritime and territorial jurisdiction of the United States knowingly persuades,

induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in

prostitution or any sexual activity for which any person can be charged with a criminal offense,

or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for

life."

### ICKES' CRIMINAL HISTORY

5.      A review of John Bradley Ickes' criminal history revealed that in or about August

2007, Ickes was arrested in Broome County, New York, for the misdemeanor offenses of

Endangering the Welfare of a Child and Stalking, Fourth Degree. The criminal history report

reflected Ickes pleaded guilty to Endangering the Welfare of a Child in satisfaction of all charges.

2

A review of the NYSP Incident report regarding this arrest revealed Ickes had improper communications with a 16 year old minor female who resided in the state of Pennsylvania (a different minor than the victim minor involved in this current charge). Ickes purchased this 16 year old minor female a cellular telephone to facilitate communication between Ickes and the minor female.

6.      Ickes' criminal history report further revealed that in or about December 1996, Ickes was convicted in the state of Texas for the felony offense of Sexual Assault of Another Person, Second Degree. The disposition for this offense was reported as "unknown". However, a review of the New York State Sex Offender Registry revealed Ickes received a prison sentence of 8 years for this offense. In addition, Ickes admitted to VPD that he served approximately 7 years in prison for his Texas sex offense conviction.

7.      A review of the New York State Sex Offender Registry also confirmed Ickes was listed as a Level III sex offender who resided in Endicott, New York. A copy of the New York State Sex Offender Registry page regarding Ickes is attached for review and is marked as "Exhibit 1".

8.      In addition to being arrested in New York state, Ickes criminal history sheet reflects other arrests in Texas, Utah, Maryland, and Pennsylvania for the charged crimes of Carrying a Prohibited Weapon, Burglary, Possession of a Controlled Substance, Retail Theft, Fugitive From Justice, Breaking and Entering, Destruction of Property, and Contempt for Violation of Order of Protection.

## FACTUAL BACKGROUND

9.      On or about November 18, 2009, VPD received a complaint from an individual at

3

3145 Stewart Road, Vestal, New York, that John Bradley Ickes, date of birth: 03/19/1963, a convicted sex offender, was residing at 3145 Stewart Road, Lot A-21, Vestal, New York. The complainant alleged that Ickes had not notified VPD, as required by sex offender legislation, that Ickes was residing at the Stewart Road address

10.    VPD conducted investigation and confirmed Ickes was residing at 3145 Stewart Road, Lot A-21, Vestal, New York with Lawrence Crouthers (an adult male) and Angela Campbell (an adult female). VPD also learned that while residing at this Vestal residence, Ickes was communicating by way of cellular telephone and the internet, with a 16 year old minor female (hereafter "Victim") who resides in Pennsylvania.

11.    VPD determined that while residing at 3145 Stewart Road, Lot A-21, Vestal, New York, Ickes also maintained a residence at the 10 Washington Avenue, Apartment 13, Endicott, New York. On or about November 18, 2009, VPD officers interviewed Ickes at his Vestal residence. Ickes admitted he purchased the residence at 3145 Stewart Road, Lot A-21 Vestal, New York, but claimed he transferred ownership of the residence to Crouthers. Ickes stated he maintained the Washington Avenue residence in Endicott, New York, but was unable to stay at the Endicott residence due to a bed bug problem. Ickes subsequently departed the 3145 Stewart Road residence in the presence of VPD officers. Investigators observed Ickes in possession of a laptop computer bag when Ickes departed the Vestal residence.

12.    On or about November 19, 2009, investigators interviewed Angela Campbell at the 3145 Stewart Road, Vestal, New York residence. Campbell admitted Ickes had recently been residing at the residence. Campbell was aware that Ickes was communicating with the Victim via cellular telephone and the internet. Ickes used his laptop computer to communicate with the

4

Victim via the internet. Campbell found a pair of girls panties, size 6, in Ickes bedroom and a picture of a minor female whose identity is known to Campbell. Ickes also observed a picture of Campbell's 15 year old minor female daughter and Ickes commented "She's trainable and screwable because she can do the Lord's work".

13.     On or about November 25, 2009, investigators interviewed Crouthers who stated, in words or substance, that Ickes possessed a laptop computer at the 3145 Stewart Road, Vestal, New York residence. Ickes admitted he communicated with the Victim via this laptop computer and Ickes also admitted he had inappropriate "sexy talk" with the Victim via the internet or cellular telephone. Ickes said if the Victim was "old enough to bleed, she was old enough to butcher". Ickes also told Crouthers that Ickes purchased a cellular telephone and Ickes mailed the cellular telephone to the Victim.

14.     On or about November 24, 2009, VPD telephonically contacted Ickes and requested to speak with Ickes. VPD officers subsequently observed Ickes as Ickes exited the building at 10 Washington Avenue, Endicott, New York.   VPD officers had a conversation with Ickes in which Ickes admitted he was communicating with the Victim by way of e-mail and cellular telephone. Ickes did not admit that he engaged in any sexually explicit communications or conversations with the Victim. VPD subsequently arrested Ickes for the New York state felony offense of Failure to Register under the New York State Sex Offender Registration Act. VPD officers located two cellular telephones on Ickes' person during the course of Ickes' arrest. VPD officers took possession of these two cellular telephones for safekeeping.

## VICTIM ADMITS TO SEXUALLY EXPLICIT COMMUNICATIONS WITH ICKES

15.     On or about November 23, 2009, an investigator interviewed the Victim and the

5

Victim admitted she was communicating with Ickes for approximately three weeks. During this interview, the Victim denied she engaged in sexually explicit communications with Ickes. However, on or about November 25, 2009, the Victim was re-interviewed and the Vicitm admitted, in words or substance, that the Victim had numerous text message and telephone conversations with Ickes in which she and Ickes discussed engaging in sexual conduct. Ickes had text message and telephone conversations with the Victim in which Ickes discussed engaging in oral sex and intercourse. Ickes had text message telephonic conversations with the Victim from his cellular telephone of 607-201-4214. Ickes wanted to travel from New York to Pennsylvania to meet the Victim and engage in sexual conduct. Up until Ickes arrest by VPD on November 24, 2009, Ickes planned to travel to Pennsylvania and meet the Victim on Thanksgiving Day (November 26, 2009). Ickes told the Victim he purchased the Victim a cellular telephone which he mailed to the Victim.

### PRESERVATION OF CONTENT IN ICKES' CELLULAR TELEPHONE ACCOUNT

16.     On or about November 24, 2009, investigators forwarded a preservation request to Verizon Wireless, 180 Washington Valley Road, Bedminster, New Jersey, that requested Verizon Wireless preserve any and all content in Ickes' cellular telephone account of 607-201-4214.

### SEARCH WARRANTS OBTAINED FOR ICKES' ENDICOTT RESIDENCE, ICKES' VERIZON WIRELESS CELLULAR TELEPHONE ACCOUNT, AND THE TWO CELLULAR TELEPHONES LOCATED ON ICKES' PERSON AT THE TIME OF ICKES' ARREST

17.     On November 25, 2009, the Honorable George H. Lowe, United States Magistrate Judge, Northern District of New York, signed warrants which authorized searches of

the following locations/property:

        a)  The residence of John Ickes located at 10 Washington Avenue,

        Apartment 13, Endicott, New York.

        b)  The Verizon Wireless cellular telephone account of John Ickes,

        cellular number 607-201-4214

        c)  Cellular telephone 607-201-4214 and cellular telephone 607-321-3869

        located on the person of John Ickes during Ickes' arrest by VPD on

        November 24, 2009.

18.    On November 25, 2009, investigators executed the search warrant at Ickes residence at 10 Washington Avenue, Apartment 13, Endicott, New York.  Items of evidence were seized from Ickes' residence which included a laptop computer, a desktop computer, two cellular telephones, and additional computer-related media as well as other items of evidence.

## SEARCH WARRANT EXECUTED ON ICKES' VERIZON WIRELESS CELLULAR ACCOUNT OF 607-201-4214

19.    On November 30, 2009, the aforementioned search warrant was served upon Verizon Wireless, 180 Washington Valley Road, Bedminster, New Jersey.  Pursuant to service of the warrant, Verizon Wireless provided text message content stored in Ickes' account.  The following text message conversations, in part, are a summary of text message communications, provided by Verizon Wireless, that occurred between Ickes and the minor Victim:

Novmeber 15, 2009

Ickes:      Is your mom watching the game 2?

Victim:    Yeah im gonna go i dont feel good ill text you later

| | |
|---|---|
| Ickes: | Maybe I'll give her a call and let her know that we've decided not 2 date then, okay? |
| Victim: | K bye |
| Ickes: | Bye..... |
| Ickes: | Whatchu up to sweety? |
| Victim: | Hey you can call me now if you want to |
| Victim: | Hey babe |
| Ickes: | Yey sweetness, what's really going on? |
| Victim: | Nothing laying here thinking and waiting for my aunt to go to bed |
| Ickes: | Whatcha gonna do after she goes 2 bed? |
| Victim: | Watch a little porn and play with myself |
| Ickes: | Sounds like a plan sweety...... |
| Victim: | Yeah i cant wait cause im kind of horny idk y |
| Ickes: | Maybe it's cuz I am 2 sweetness..... I want some of that juicy yum-yum luv..... |
| Victim: | Really babe |
| Ickes: | U know it sweet juiciness...... |
| Victim: | Mmmmm really babe |
| Ickes: | Yes my luv, I want 2 suck your sweet juicy till u cry out in extacy like you've never felt before |
| Victim: | Mmmm and i want to ride up and down on your nice cock till you can't handle it any more |
| Ickes: | Oooweee luvergirl, one things 4 sure, we shuldn't have any trouble with our sex |

8

life, aye?

Victim:     Yeah babe

Ickes:      U go girl, save a horse and ride your cowboy till u can't ride no more......

Ickes:      U getting your freek on yet sweety?

Victim:     No she is getting ready to go to bed now

Ickes:      Okay then, let me know if there's anything I can do 2 help my luv......

Victim:     Ok babe

Ickes:      Well sweety, can u feel my rock hard eight inches slamming in and out of you

            hot juicy love tunnel?

Victim:     Yeah babe i feel it

Ickes:      Well u keep on feeling it till you squirt your hot sticky juices all over my sweaty

            balls

Victim:     Mmmm babe its making me moan

Ickes:      Moan shiver and shake my sweetest angel of luv, I want u 2 cum like crazy all

            over big daddy......

Ickes:      Oooowww babe, squeeze daddy's hot nuts till my hot cumm sprays all up insidde

            of u......

Victim:     Mmm babe

Ickes:      R u still getting your freak on sweety?

Victim:     No babe im done

Ickes:      I hope u had a good one my luv......

Victim:     I did

(continued into November 16, 2009)

Ickes:        Good, wish I could've done more 2 help princess......

<u>November 16, 2009</u>

Ickes:        Did u just wake up 2?

Victim:        No i been up since around 8 something

Ickes:        Oh.  Hey, when your mom invited us to Thanksgiving, does that mean she's okay

with us dating 2?

Victim:        Idk babe she just told me to invite you and bozo down

Ickes:        Ok then, I guess we better stick to the plan that we're not going 2 date unless she

gives us her consent

Victim:        Yeah

Ickes:        Ok then my sweetest friend, I'm feeling kinda horny now......

Victim:        I'm not im feeling kind of like shit

Ickes:        I'm sorry luv, is there anything I can do 2 make u feel better?

Victim:        No if only you could make this headache go away

Ickes:        Well sweety, I have relieved a few girls of both cramps and headaches by

plunging my thick hard magic wand in and out of them, but I'd have 2 be there 2

do so

Victim:        Yeah thats y i said you cant do anything to help me rite now

Ickes:        I'm sorry my luv, if only I could teleport myself there I'd do my best 2 rid u of

that dreaded headache.  Even so, I am still praying 4

........................................................................

10

Ickes:      Heck, it's gonna cost me over a hundred just for gas sweety.  Plus I was gonna try

            2 get u a lightyear phone 4 an early christmas present - another hundred

Victim:     Ok babe ill talk to my mom to work something out

Victim:     Hey i got a question

Ickes:      What's up sweetness......

Ickes:      Hello?

Victim:     Is that phone a pic phone

Ickes:      Yes......

Victim:     Sweet thats so cool your really gonna get me one

Ickes:      I said I would, as long as u'll be my girl and help me with our quest my luv.....

Victim:     Ok babe and i already said i would be your girl

Ickes:      Well then, all u have 2 do is try 2 please me as much as I please u and things will

            work out fine.....

Victim:     Ok babe are you getting me unlimited texting

Ickes:      U'll be on my family plan.  So yes u'll have unlimited texting plus unlimted

            calling after seven on wkdays and all day on wkends

            ...........................................................................

Ickes:      How's your pussy purring luv kitten?

Victim:     Its kind of horny but again I have to wait

Ickes:      Damn the torpedoes, aye?

Victim:     Yeah

            ...........................................................................

11

| Victim: | So what are you doing babe? |
|---|---|
| Ickes: | I'm just playing a game on my computer and talking 2 a friend on the phone. How bout u sweety? |
| Victim: | O sound fun and nothing sitting here being bored and thinking about you |
| Ickes: | Well sweety, I'm thinking about u 2 and getting a stiffy.  maybe we can get freaky in a little bit, aye? |
| Victim: | Yeah babe, if you want to |
| Ickes: | I'd luv 2 as long as you're game sweetness...... |
| Victim: | Ok babe |
| Ickes: | When do u think your aunt will go 2 bed? |
| Victim: | Around 1030 but im doing it through texting not talking on the phone |
| Victim: | Can you call me now |
| Ickes: | Okay luv child, whenever you're ready we can put the sex in text...... |
| Victim: | Ok well call me first |
| Ickes: | Okay, I'm calling u now..... |
| Victim: | K |

(Approximately sixty five minutes after this text message from the Victim, the following text is sent):

| Ickes: | Hey luvergirl, whatchu doing? |
|---|---|
| Victim: | Nothin much babe |
| Ickes: | Did u enjoy our lil' luv session sweetness? |
| Victim: | Yeah i did babe |

12

Ickes:          Me 2 sweety, can't wait till we can make it real, right?

Victim:         Yeah i know babe

November 17, 2009

Ickes:          Hey, whatcha know about them crotchless panties sweetness

Victim:         What are you talking about

Ickes:          I'm just wondering if u ever sported a pair and made good use of them?

Victim:         What are you talking about

Ickes:          I don't think I got your last text?

Victim:         I said what are u talking about

Ickes:          Like lingere and other erotic items such as flavored lubricants and things......

Ickes:          Earth to (Victim's name) come in (Victim's name)...... Lol

Victim:         Lol im here its just i didnt know what your were talking about

Ickes:          Well, like I said, r u into erotic stuff like crotchless panties, flavored lubricants,

                sex toys, etc....

Victim:         Yeah but what do you mean by crotchless panties

Ickes:          They're panties that r made with a whole in the crotch so u can be penetrated

                without taking your panties off.  They're way hot my luv......

Victim:         O well i never wore them

Ickes:          Cool sweetness, I get to broaden your horizons in the world of erotica and cyber

                sex my luv.  U won't be sorry sweetness......

Victim:         Ok babe

Ickes:          I'm gonna rock your world sweety.....

13

| | |
|---|---|
| Victim: | Really babe |
| Ickes: | I'm working on the application 4 your phone right now luvergirl. |
| Victim: | Sweet babe and thanks so much but can you please get me a number down here |
| Ickes: | Yes, can do princess...... |
| Victim: | Thanks babe |
| Ickes: | Do u get verizon service all right down there? |
| Victim: | Yeah its the most popular around here |
| Ickes: | Okay, cuz lightyear uses verizon's towers. |
| Victim: | Ok yeah thats a good thing cause verizon is really popular around here |
| Ickes: | Cool beans babygirl...... |
| Victim: | Yeah i know babe |
| Ickes: | Okay luv, I got the application filled out, but I can't call 2 get it ordered until seven oclock.  Try 2 remind me when it's seven, okay sweets...... |
| Victim: | Ok babe |
| Ickes: | So how's that sweeet juicy kitty cat purring 2night my luv? |
| Victim: | Im not doing anything rite now cause im doing homework |
| Ickes: | Wowseeewuuuwuuu babygirl........... |
| | .......................................................................... |
| Ickes: | Whatcha doin sweets? |
| Victim: | Reading |
| Ickes: | R u done with your homework yet? |
| Victim: | No thats why i have to read |

14

Ickes: I just finished the application, now I'm watching porn on the web. I'm sooo horny........

Victim: O well give me a little and ill help you out

Ickes: Give u a little what sweety?

Victim: Little time

Ickes: Okay then, I'll save the motherload just 4 u my luv.

Victim: K babe

Ickes: Hurry up so I can call u and bust these nuts up in 2 your tight juicyness my luv......

Victim: K babe

  a) On November 18, 2009, VPD officers interviewed Ickes at 3145 Stewart Road, Lot A-21, Vestal, New York. The following text message conversations, in part, also occurred on November 18, 2009:

<u>Novmeber 18, 2009</u>

Ickes: Hey sweety, u out of school yet?

Victim: Yeah babe

Ickes: Hey, I need 2 talk 2 u about something important as soon as possible

Victim: Ok what did i do

Ickes: It's not u this time, it's about me luv.

Victim: Ok what did you do

Ickes: Must talk by phone.

Victim: Well i cant receive calls on my phone

15

Ickes:      I know, when can I call u on your aunts phone?

Victim:     Idk cause im not home rite now and how long is it gonna take caus i can call u on

            my moms cell just as long as it dont take long

Ickes:      I guess it can wait till later after u get home

Victim:     Ok is it bad

Ickes:      Could be 4 me if we're not careful.

Victim:     Whats that mean

Ickes:      It's 2 complicated 2 get into texting, but it's nothing u have 2 worry about.  I'll

            explain later my luv......

Victim:     Ok babe are u done with me or something

Ickes:      No sweety, if it's up 2 me u'll be mine 4ever......

November 19, 2009

Ickes:      Just finishing up with the extermination for bedbugs here in my home office......

Victim:     O sounds fun

Ickes:      Oh yeah, it's almost as fun as getting a tooth pulled at the dentist.  U just don't

            know.....

Victim:     O

Ickes:      U never replied 2 my last text at lunch.  What's up with that?

Ickes:      R u at home sweetness?

Victim:     Sorry there was teachers around

Ickes:      Good call, last thing we need is that kind of attention, aye?

Victim:     Yeah

..........................................................................

| | |
|---|---|
| Ickes: | Oh yeah, being as we're both gonna have lightyear phones, we're free mobile 2 mobile, which means we can talk 4 free 24/7 |
| Victim: | Yeah but id rather text |
| Ickes: | Guess we can compromise my sweetest luv...... |
| Victim: | Yeah |
| Ickes: | After all, we'll also have unlimited texting 2 my princess...... |
| Victim: | I kno babe |
| Ickes: | K, but some things are safer 2 do over the phone, if u know what I mean....... |
| Victim: | Yeah |

..........................................................................

| | |
|---|---|
| Ickes: | Wuzup babygirl? |
| Victim: | Nm babe reading a book |
| Ickes: | All homework and no play makes (Victim) a dull girl........ Lol |
| Victim: | Lol |
| Ickes: | R u ready 2 purr yet luv kitten? |
| Victim: | No |
| Ickes: | Sucks 2 be u my luv...... Lol |

November 20, 2009

| | |
|---|---|
| Ickes: | Mornin luv child, whatchu doin? |
| Victim: | In math class |
| Ickes: | U + me in bed = ? |

17

Victim:      Fun

Ickes:       Looks like your mathematics is pretty good 2 me

............................................................................

Ickes:       So when do I get to hear that sexy voice of yours again sweetness?

Victim:      Tomorrow nite

Ickes:       What's the other question luv?

Ickes:       Damn, that's way 2 long.....

Victim:      Will the phone have the internet on it

Victim:      Sorry

Ickes:       No, but it would be nice, aye?

Victim:      Yeah

Ickes:       You don't have to be sorry luv, just be ready 4 a hot session

Victim:      K

Ickes:       Is your mom working 2nite?

Victim:      No thats y i said tomorrow nite

Ickes:       Okay my luv.  R u feeling better now luvergirl?

Victim:      Yeah cause of the pain pill they gave

Ickes:       What kind was it?

Ickes:       Hey, I think I missed your last message cuz my inbox was full

Victim:      Vikeidin

Ickes:       No wonder you're feeling better sweets.....

Victim:      I kno rite

| | |
|---|---|
| Ickes: | Heck, u can do it in the butt now...... Lol  :) |
| Ickes: | Nuthin like backdoor luvin on downers..... |
| Victim: | Yeah |
| Ickes: | U don't know? |
| Victim: | About what |
| Ickes: | About backdoor luvin on downers? |
| Victim: | No |
| Ickes: | R u still a backdoor virgin? |
| Victim: | Yeah |
| Ickes: | Well then, I'll clue you in, the best way to lose your backdoor virginity is on downers.  Most girls seem 2 like it more than regular sex when they're on dope |
| Victim: | O ok |
| Ickes: | I prefer vaginal sex myself, but I don't mind broadening a girls horizons if she wants 2 go 4 it.  I'm a great teacher of the sexual arts..... |
| Victim: | Um ok |
| Ickes: | Can I ask you a question luv? |
| Victim: | Yeah |
| Ickes: | What color panties are u wearing? |
| Victim: | A pink thong with smiley faces on it and its silk |
| Ickes: | .Ooooweeee baby.  Can I ask u a few more question on the subject my luv? |
| Victim: | Yeah |
| Ickes: | K.  how do u keep your kitty cat groomed? |

19

| | |
|---|---|
| Ickes: | Do u like 2 do it doggie style? |
| Victim: | No |
| Victim: | Shaved |
| Ickes: | So is your kitty cat bushy, trimmed, or shaved? |
| Victim: | Shaved |
| Ickes: | Well sweetness, like the big bad wolf said 2 lil' red riding hood.  The better 2 eat u with ...... Lol |
| Victim: | Lol yeah |
| Ickes: | R u getting juicy for me sweetness? |
| Victim: | A little |
| Ickes: | Sure wish I could giver a good tongue lashing..... I bet u taste sweeter than honey..... |
| Victim: | Yeah babe |
| Ickes: | Do u like the taste of your own juice? |
| Victim: | No |
| Ickes: | But u do like the taste of other girls juices, aye sweetness? |
| Victim: | Yeah babe |
| Ickes: | I can't wait to see you in action.  Definitely camcorder action to say the least...... |
| Victim: | Lol |

November 21, 2009

| | |
|---|---|
| Victim: | Lol what day r u leaving when u get down here |
| Ickes: | Whatever day u want me 2.  But I was thinking about sunday if that's okay with |

everyone else

| | |
|---|---|
| Victim: | I dont want to sound mean or anything but i wanted to go visit family so i was gonna ask u to leave on friday |
| Ickes: | I don't figure you're being mean, but I don't see much in coming down 4 just 2 days when we got so much to catch up on with each other...... |
| Victim: | Well idk cause i want to visit family |
| Ickes: | Maybe we should just wait 4 your christmas vacation or something? |
| Victim: | Thats up to u i just dont want u getting mad about it |
| Ickes: | I wouldn't be mad, I just thought I would have priority for our first visit and all.  I really wouldn't mind meeting your relatives, but I wouldn't want 2 impose. |
| Victim: | Yeah but there the kind of people that they like to talk to u first before they meet u |
| Ickes: | As in over the phone or what? |
| Victim: | Yeah plus on friday my mom has plans 4 me and her to spend time together |
| Ickes: | With my relatives, I simply call and ask them if they mind me bringing a friend o whatever, and if they said they do, then I would simply visit them later. |
| Victim: | O well mine are different |
| Ickes: | Especially if u were 2 drive all the way up here 2 be with me. |
| Victim: | See ur getting mad about it |
| Victim: | And with my uncle he wouldn't appreciate me taking a 46 year old there and me being 16 he doesn't believe in that |
| Victim: | Please dont be mad at me u can come down if u want i wont go anywhere except |

21

on friday

Ickes:      No sweety, I'm not getting mad.  I just don't understand the sudden change of

            heart.  You're making me feel like you're not 2 thrilled about me coming after all

            ...........................................................

Ickes:      Where u at and whatcha up 2 sweety?

Victim:     My friends and on the computer

Ickes:      Did u ever check the email I sent u with my pics?

Victim:     No

Ickes:      Can u do it now?

Victim:     Yeah i think ur cute

Victim:     No and i think ur cute

Ickes:      Oh, so u finally got 2 see me, aye?

Victim:     Yep

Ickes:      So, u think u might like 2 jump me then?

Victim:     Yeah

Ickes:      Well my luv, just a few more days and u can jump me all u want.....

Victim:     K

November 22, 2009

Ickes:      I think I'm gonna start numbering my texts so u can tell whether or not you're

            getting them all........1

Victim:     Ok sounds good to me but around 10:15 call me

Ickes:      Sounds good sugar, I'll text u 2 make sure......

22

Victim:      K

Victim:      Hey wait till 30 after 10

Ickes:       Ok luv.......

Victim:      K

Victim:      U can call now but im not doing anything sexual over the phone

           b)      On November 23, 2009, PSP officers interviewed the Victim at her residence in Pennsylvania.  The following text message conversations, in part, also occurred on November 23, 2009:

<u>November 23, 2009</u>

Ickes:       Hey r u still there?

Ickes:       Well r u gonna ask me sweetness?

Ickes:       Ok, maybe you're just paying me back, aye?  Whatever luv, Have a great night then.  Luv u, bye.....

Victim:      Well i cant do this anymore cuz the police were just at my house

Ickes:       Ok, guess we're done then.  Sorry things had 2 end this way.  We can't fight city hall, aye?

Victim:      I still love u and everything we just got to be careful

Ickes:       I tried 2 explain things 2 u, but there just wasn't enough time.....

Victim:      It's fine im just stressed but please dont cancel the phone

Ickes:       It's all yours sweetness.....

Victim:      Ok babe thanks

Ickes:       Hey, is your mom mad at me?

23

Victim:     Idk y

Ickes:      Well, tell her I'm very sorry, and that I had every intention of telling her the truth

            about everything once I got down there 2 meet u both.......

Victim:     Its fine im still talking to u we just have to be careful

Ickes:      More than u know my luv....

Victim:     Yeah

Ickes:      U might even want 2 keep our texts deleted.

Victim:     I plan on it

Ickes:      Same here, I'm doing it right now sweety.

Victim:     I already did

Ickes:      Good girl, it's not easy staying a step ahead of the beastly authorities.....

## CONCLUSION

20.     Based upon all of the information set forth in this affidavit, your Affiant
respectfully submits that there is probable cause to believe that John Bradley Ickes violated Title
18, United States Code, Section 2422(b) by using a facility or means of interstate or foreign
commerce to knowingly persuade or attempt to persuade, induce, entice, or coerce any
individual who has not attained the age of 18 years, to engage in prostitution or any sexual
activity for which Ickes can be charged with a criminal offense. New York State Penal Law
Section 260.10(1), titled "Endangering The Welfare of a Child", makes it a state crime if a
person knowingly acts in a manner likely to be injurious to the physical, mental, or moral
welfare of a child less than seventeen years old. Pennsylvania Criminal Statutes Section 6301,
titled "Corruption of Minors", makes it a state crime if a person of the age of 18 years and

24

upwards (Ickes was 46 years old when conduct commenced), by any act corrupts or tends to

corrupt the morals of any minor less than 18 years of age (the Victim).   Your Affiant

respectfully requests a warrant be issued for Ickes' arrest for Violation of Title 18, United States

Code, Section 2422(b).

James T. Lyons, Jr
Special Agent, FBI

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS _3_ ᵗʰ DAY
OF DECEMBER, 2009

DAVID E. PEEBLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF NEW YORK

# EXHIBIT   1

# Current Reported Offender Details
## County of Broome

Anyone who uses this information to injure, harass, or commit a criminal act
against any person may be subject to criminal prosecution.

| | | |
|---|---|---|
| Offender Id: 26844 | Race: White | |
| Last Name: ICKES | Ethnicity: Unknown | |
| First Name: JOHN | Height: 5'11" | |
| Middle Name: B | Weight: 245 | |
| DOB: Mar 19, 1963 | Hair: Brown | |
| Sex: Male | Eyes: Hazel | |
| Risk Level: 3 | Corr. Lens: | |

Photo Date: May 1, 2009

Reported 10 WASHINGTON AVE
Address: APT 13
City: ENDICOTT          State: NY          Zip Code: 13760

View map   The view map feature is currently not supported on browser versions lower than version
4.0.7 In IE or version 6.01 in Netscape

## Other Address Info or Status:
Address Confirmed by Offender on May 04, 2009

## Sex Offender Type
Designation: No Designation Applies

## Conviction:

| Date | Arrest Agency | Suprv. Agency | Victim Sex/Age |
|---|---|---|---|
| Nov 5, 1996 | Texas Department of Public Safety - Sex Offender Registry | | Female, 16 Years |

## Conviction Charges:
(Please note: a conviction for an attempt is generally punishable at one grade below the
classification of the crime attempted, i.e., a rape 2nd degree is punishable as a class D felony
while an attempted rape 2nd degree is punishable as a class E felony.)

| Title | Section | Subsection | Class | Category | Degree | Description |
|---|---|---|---|---|---|---|
| OUT | 000000000 | 000000 | U | F | 0 | Non-NYS Felony Sex Offense |

## Sentence:

Incarceration Sentence: 8 Year(s), State Prison.

## Maximum Expiration Date/post Release Supervision Date of Sentence:
The legal dates posted on this site are the dates which were reported at the time of registration and are subject to change. The conditions of supervision are subject to change during the supervision period. The special conditions of release do not apply past the maximum expiration date of sentence because the offender is no longer under supervision by the listed supervising agency for this crime.

## Scars, Marks & Tattoos:
**Description**
Tattoo-Shoulder, left

## Additional Names/Aliases:
| Last Name | First Name | Middle Name |
|---|---|---|
| ICKES | JOHN | BRADLEY |

## College Info:
| Employed/Attend | Name | Street | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | |

## Employer Info:
| Status | Street | City | State | Zip |
|---|---|---|---|---|
| | | | | |

## Vehicles:
| Lic. Plate No. | State | Vehicle Year | Make/Model | Color |
|---|---|---|---|---|
| | AL | 1996 | Ford Truck | White |
| DZS4757 | NY | 1995 | Ford F150 | White |

**Special Conditions:**

**Offense Description & Modus Operandi:**

**Offense Description:**
   Actual, MoreThanOnce Sexual Intercourse
   Actual, MoreThanOnce Deviate Sexual Intercourse
   Actual, MoreThanOnce Sexual Contact
**Relationship to victim:** Non-Stranger - Otherwise Known
**Weapon used:** Unknown
**Force used:** Unknown
**Computer used:** Unknown
**Pornography involved:** Unknown

**DCJS Home**